**ENTER JS-6 (STAYED)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of the Southern Ca. Pipe Trades Health and Welfare Trust Fund, et al., <br><br> Plaintiff, <br><br> Gerald Aguilar dba, <br> M G Mechanical, <br><br> vs. <br><br> Defendant. | Case No. CV 08-04687-MMM(MANx) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD (CHAPTER 7) |

This Court having stayed this action pending BANKRUPTCY,

　　IT IS ORDERED that this action is removed from this Court's active caseload until further application by the parties or order of the Court. This Court retains full jurisdiction over this action and this Order shall not prejudice any party in the action.

　　IT IS FURTHER ORDERED that counsel shall file a joint status report with the Court every 90 days until completion of the BANKRUPTCY proceedings.

DATED:  December 19, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge